UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENG LIN,

                           Petitioner,

           -against-

JUDITH ALMADOVAR, *et al.*,

                       Respondents.

No. 25 Civ. 6455 (JGK)

**STIPULATION AND ORDER**

WHEREAS, Deng Lin ("Petitioner"), a noncitizen in removal proceedings, brought this habeas corpus action under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration & Customs Enforcement ("ICE");

WHEREAS, Petitioner is currently being detained by ICE temporarily at 26 Federal Plaza, New York, New York, pending transfer to long-term bedspace; and

WHEREAS, Petitioner and the Respondents wish to resolve this matter on the terms below; now, therefore,

IT IS HEREBY STIPULATED AND AGREED by and between the parties, that:

1.  ICE shall transfer Petitioner to a detention facility within the Southern or Eastern Districts of New York on or before Tuesday, August 12, 2025.

2.  This habeas corpus action is dismissed without prejudice and without costs or attorney's fees to either party.

3.  The government has agreed to these actions based on the specific facts and circumstances presented in this matter, and nothing in this stipulation shall be construed as an admission of liability or wrongdoing by the government, or a concession of rights or arguments by the government or by the Petitioner; nor shall it be construed to require

Case 1:25-cv-06445-JGK    Document 6    Filed 08/08/25    Page 2 of 2

the government to similarly transfer any other noncitizen in similar or dissimilar circumstances, and this agreement shall in no way be used to undermine the government's litigation position in any other case.

Dated: August 8, 2025
      New York, New York

                              JAY CLAYTON
                              United States Attorney for the
                              Southern District of New York
                              *Attorney for Respondents*

              By:    *s/ Jeffrey Oestericher*
                      JEFFREY OESTERICHER
                      Assistant United States Attorney
                      86 Chambers Street, Third Floor
                      New York, New York 10007
                      Tel.: (212) 637-2695
                      E-mail: jeffrey.oestericher@usdoj.gov

Dated: August 8, 2025
      New York, New York

                              SAMOKHLEB & BITTERMAN LAW GROUP
                              *Attorneys for Petitioner*

              By:    *s/ Yevgeny Samokhleb*[†]
                      YEVGENY SAMOKHLEB, ESQ.
                      299 Broadway, Suite 1005
                      New York, New York  10007
                      Tel.: 212-219-2297
                      E-mail: yevgeny@btmlawgroup.com

SO ORDERED:

HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE
8/8/25

*The Clerk is directed to close this case.*
*So ordered.*
*8/8/25*   *JG Koeltl*
            *U.S.D.J.*

---

† Consent for signature obtained pursuant to S.D.N.Y. ECF Rule 8.5(b).